# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **KEVIN MATHIS** | **CIVIL ACTION NO. 3:17-0516** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **SHERIFFS DEPT. RICHLAND PARISH, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims regarding destruction of his property, and against Deputy Duschene, be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provision of 28. U.S.C. 1915(e)(2).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims against the RPDC Nursing Staff, Jamie, Candy, Cora, Erica and Ms. Stampleton AND the Richland Parish Sheriffs Department be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provision of 28. U.S.C. 1915(e)(2).

Plaintiff's other claims remain pending at this time.

**MONROE, LOUISIANA,** this 5th day of September, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE