UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KEVIN MATHIS | CIVIL ACTION NO. 3:17-0516 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHERIFFS DEPT. RICHLAND PARISH, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against remaining Defendants Joel Weatherly, Ricky Scott, J.T. Searcey, and Sgt. John S. are hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**MONROE, LOUISIANA,** this 13th day of November, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE